**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED _____ENTERED
_____LODGED _____RECEIVED

NOV 2 6 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DEPUTY

| | | |
|---|---|---|
| Constellation Energy Group, Inc., et al. | * | |
| Plaintiff(s) | * | |
| vs. | * | Case No.: MJG 00-CV-2255 |
| Clark/Bardes, Inc. et al. | * | |
| Defendant(s) | * | |

* * * * * * * * *

## ORDER

Upon the aforegoing Motion for Admission *Pro Hac Vice*, it is this _26th_ day of _November_____, 2001, by the undersigned, one of the Judges of the United States District Court for the District of Maryland – Northern District, hereby:

**ORDERED**, that STANLEY B. BLOCK, ESQUIRE be admitted *Pro Hac Vice*, as counsel for CLARK/BARDES, INC., in the above captioned case.

_11/26/01_____
Date

_____
Marvin J. Garbis
United States District Judge

Copies to:

Shirlie Norris Lake, Esquire
Eric M. Rosenfeld, Esquire
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD  21202
(410) 752-7474
*Attorneys for Defendant, Clark/Bardes, Inc.*

Stanley B. Block, Esquire
Vedder, Price, Kaufman and Kammholz
222 N. LaSalle Street
Chicago, IL 60601
(312) 609-7505
*Attorneys for Defendant, Clark/Bardes, Inc.*

Laurie R. Bortz, Esquire
G & E Building, 17th Floor
P.O. Box 1475
Baltimore MD 21203
(410) 234-5285
*Attorney for Plaintiffs*

Richard J. Magid, Esquire
Elise Davison Morris, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202
(410) 347-8700
*Attorneys for Plaintiffs*

Hamish P. M. Hume, Esquire
Cooper & Kirk, P.L.L.C.
1500 K Street, NW, Suite 200
Washington, DC  20005
(202) 220-9600
*Attorneys for Defendant, New York Life Insurance
Company*