IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CONSTELLATION ENERGY GROUP, INC., ET AL. | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG 00 CV-2255 |
| CLARK/BARDES, INC. et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF EXTENSION**

Plaintiffs and Defendant, Clark/Bardes, Inc., by undersigned counsel, hereby stipulate that the time for Clark/Bardes, Inc. to file its Reply to Plaintiff's Opposition is extended to January 25, 2002.

_____
Shirlie Norris Lake (Bar No. 07105)
Eric M. Rosenfeld (Bar No. 26563)
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD 21202
(410)-752-7474
*Counsel for Defendant Clark/Bardes, Inc.*

_____
Richard J. Magid (Bar No. 00029)
Elise Davison Morris (Bar No. 11574)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700
*Counsel for Plaintiffs*

APPROVED:
_____
Martin J. Garbis, District Judge

J:\00926\MOTION\STIPEXT2.DOC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___4___ day of January, 2002, a copy of the aforegoing Stipulation of Extension was mailed, postage prepaid, to:

> Stanley B. Block
> Vedder, Price, Kaufman and Kammholz
> 222 N. LaSalle Street
> Chicago, IL 60601
> (312) 609-7505
> *Attorneys for Defendant, Clark/Bardes, Inc.*
>
> Laurie R. Bortz
> G & E Building, 17th Floor
> P.O. Box 1475
> Baltimore MD 21203
> (410) 234-5285
> *Attorney for Plaintiffs*
>
> Richard J. Magid
> Elise Davison Morris
> Whiteford, Taylor & Preston, L.L.P.
> Seven Saint Paul Street
> Baltimore, MD 21202
> (410) 347-8700
> *Attorneys for Plaintiffs*
>
> Hamish P. M. Hume
> Cooper & Kirk, P.L.L.C.
> 1500 K Street, NW, Suite 200
> Washington, DC 20005
> (202) 220-9600
> *Attorneys for Defendant, New York Life Insurance Company*

_____
Eric M. Rosenfeld