Case 1:00-cv-02255-MJG   Document 46   Filed 05/06/2002   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CONSTELLATION ENERGY GROUP, INC., ET AL. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: MJG-00-2255 |
| CLARK/BARDES, INC., ET AL. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*           \*   \*   \*   \*   \*

### JOINT STIPULATION FOR REVISED SCHEDULING ORDER

The parties, by their undersigned counsel, in a good faith effort to resolve the above-captioned matter outside of litigation proceedings, hereby stipulate and agree to modify the Scheduling Order issued by Judge Marvin J. Garbis on March 19, 2002, and set forth the following Proposed Order:

I.   **DEADLINES**:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | August 2, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | August 19, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | September 16, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | September 30, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | October 7, 2002 |



| | |
|---|---|
| **Discovery deadline: submission of status report** | October 31, 2002 |
| **Requests for admission** | November 7, 2002 |
| **Dispositive pretrial motions deadline** | December 2, 2002 |

_/s/ Richard J. Magid_
Richard J. Magid, Esq., Bar No. 00029
Elise Davison Morris, Esq., Bar No. 11574
Whiteford, Taylor & Preston
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Constellation Energy Group, Inc., et al.

_/s/ Laurie R. Bortz_ EDM
Laurie R. Bortz, Esq., Bar No. 01159
BG&E Building, 17th Floor
39 West Lexington Street
P.O. Box 1475
Baltimore, Maryland 21203
(410) 234-5285

Attorney for Constellation Energy Group, Inc., et al.

_/s/ Shirlie N. Lake_ EDM
Shirlie Norris Lake, Esq., Bar No. 07105
Eric N. Rosenfeld, Esq., Bar No. 26563
Eccleston & Wolf
Scarlett Place, 7th Floor
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474

Attorneys for Clark/Bardes, Inc.

_/s/ Stanley B. Block_ EDM
Stanley B. Block, Esq., *Pro Hac Vice*
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Chicago, Illinois 60601
(312) 609-7505

Attorney for Clark/Bardes, Inc.

_Hamish P.M. Hume_ /s/ EDM

Robert J. Cynkar, Esq., Bar No. 15092
Hamish P.M. Hume, Esq., Bar No. 15091
Cooper & Kirk
1500 K. Street, N.W., Suite 1500
Washington, DC 20005
(202) 220-9600

Attorneys for New York Life Insurance Company

**APPROVED:**

_Marvin J. Garbis_ 5/6/02

**Judge Marvin J. Garbis**
**United States District Court for the District of Maryland**

- 3 -