IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CONSTELLATION ENERGY GROUP, INC., ET AL. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: MJG-00-2255 |
| CLARK/BARDES, INC., ET AL. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION EXTENDING
## ORDER OF DISMISSAL DUE TO SETTLEMENT

The parties, by their undersigned counsel, for purposes of finalizing and executing settlement documents in connection with the settlement of the above-captioned matter, hereby stipulate to extend the Order of Dismissal Due to Settlement issued by Judge Marvin J. Garbis on July 25, 2002, for thirty (30) days, or until September 25, 2002. The parties further stipulate that this extension to the Order of Dismissal is without prejudice to the right of any party to move for good cause within 30 days of the extended Order to reopen this action if settlement is not consummated. If no such motion is filed within the aforesaid time, the dismissal of this action is with prejudice.

[signatures follow]

_____
Richard J. Magid, Esq., Bar No. 00029
Elise Davison Morris, Esq., Bar No. 11574
Whiteford, Taylor & Preston
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiffs

_____
Laurie R. Bortz, Esq., Bar No. 01159
BG&E Building, 17th Floor
39 West Lexington Street
P.O. Box 1475
Baltimore, Maryland 21203
(410) 234-5285

Attorneys for Plaintiffs

_____
Shirlie Norris Lake, Esq., Bar No. 07105
Eric M. Rosenfeld, Esq., Bar No. 26563
Eccleston & Wolf
Scarlett Place, 7th Floor
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474

Attorneys for Clark/Bardes, Inc.

_____
Stanley B. Block, Esq., *Pro Hac Vice*
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Chicago, Illinois 60601
(312) 609-7505

Attorneys for Clark/Bardes, Inc.

_____
Robert J. Cynkar, Esq., Bar. No. 15092
Hamish P.M. Hume, Esq., Bar No. 15091
Cooper & Kirk
1500 K. Street, N.W., Suite 1500
Washington, DC 20005
(202) 220-9600

Attorneys for New York Life Insurance Co.

APPROVED:

_____ 8/26/02
**Judge Marvin J. Garbis**
**United States District Court for the District of Maryland**