IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CONSTELLATION ENERGY GROUP, INC., ET AL. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   MJG-00-2255 |
| CLARK/BARDES, INC., ET AL. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION EXTENDING ORDER OF DISMISSAL DUE TO SETTLEMENT

The parties, by their undersigned counsel, hereby stipulate to extend the Order of Dismissal Due to Settlement issued by Judge Marvin J. Garbis on July 25, 2002, and previously extended pursuant to the parties' Joint Stipulation Extending the Order of Dismissal approved by this Court on September 23, 2002, for an additional forty-five (45) days, or until December 10, 2002.

The parties further stipulate that this extension to the Order of Dismissal is without prejudice to the right of any party to move for good cause within 45 days after October 25, 2002 to reopen this action if settlement is not consummated. If no such motion is filed within the aforesaid time, the dismissal of this action is with prejudice.

[signatures follow]

_____ /s/ EDM
Richard J. Magid, Esq., Bar No. 00029
Elise Davison Morris, Esq., Bar No. 11574
Whiteford, Taylor & Preston
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiffs

_____ /s/ EDM
Laurie R. Bortz, Esq., Bar No. 01159
BG&E Building, 17th Floor
39 West Lexington Street
P.O. Box 1475
Baltimore, Maryland 21203
(410) 234-5285

Attorneys for Plaintiffs

_____ /s/
Shirlie Norris Lake, Esq., Bar No. 07105
Eric M. Rosenfeld, Esq., Bar No. 26563
Eccleston & Wolf
Scarlett Place, 7th Floor
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474

Attorneys for Clark/Bardes, Inc.

_____ /s/
Stanley B. Block, Esq., *Pro Hac Vice*
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Chicago, Illinois 60601
(312) 609-7505

Attorneys for Clark/Bardes, Inc.

_____ /s/ EDM
Robert J. Cynkar, Esq., Bar. No. 15092
Hamish P.M. Hume, Esq., Bar No. 15091
Cooper & Kirk
1500 K. Street, N.W., Suite 1500
Washington, DC 20005
(202) 220-9600

Attorneys for New York Life Insurance Co.

**APPROVED:**

_____
**Judge Marvin J. Garbis**
**United States District Court for the District of Maryland**