IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSTELLATION ENERGY GROUP,
INC., ET AL.

    Plaintiff

v.                                    *    Civil Court Action No:   MJG-00-2255

CLARK/BARDES, INC., ET AL.     *

    Defendant                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION EXTENDING
### ORDER OF DISMISSAL DUE TO SETTLEMENT

The parties, by their undersigned counsel, hereby stipulate to extend the Order of Dismissal Due to Settlement issued by Judge Marvin J. Garbis on July 25, 2002, and previously extended pursuant to the parties' Joint Stipulation Extending the Order of Dismissal approved by this Court on October 28, 2002, for an additional thirty (30) days, or until January 9, 2003.

The parties further stipulate that this extension to the Order of Dismissal is without prejudice to the right of any party to move for good cause within 30 days after December 10, 2002 to reopen this action if settlement is not consummated. If no such motion is filed within the aforesaid time, the dismissal of this action is with prejudice.

[signatures follow]



*[signature]*
Richard J. Magid, Esq., Bar No. 00029
Elise Davison Morris, Esq., Bar No. 11574
Whiteford, Taylor & Preston
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiffs

*[signature]*
Laurie R. Bortz, Esq., Bar No. 01159
BG&E Building, 17th Floor
39 West Lexington Street
P.O. Box 1475
Baltimore, Maryland 21203
(410) 234-5285

Attorneys for Plaintiffs

*[signature]*
Shirlie Norris Lake, Esq., Bar No. 07105
Eric M. Rosenfeld, Esq., Bar No. 26563
Eccleston & Wolf
Scarlett Place, 7th Floor
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474

Attorneys for Clark/Bardes, Inc.

*[signature]*
Stanley B. Block, Esq., *Pro Hac Vice*
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Chicago, Illinois 60601
(312) 609-7505

Attorneys for Clark/Bardes, Inc.

*[signature]*
Robert J. Cynkar, Esq., Bar. No. 15092
Hamish P.M. Hume, Esq., Bar No. 15091
Cooper & Kirk
1500 K. Street, N.W., Suite 1500
Washington, DC 20005
(202) 220-9600

Attorneys for New York Life Insurance Co.

**APPROVED:**

*[signature]* 12/11/02

**Judge Marvin J. Garbis**
**United States District Court for the District of Maryland**

## WHITEFORD, TAYLOR & PRESTON
L.L.P.

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

ELISE DAVISON MORRIS
DIRECT NUMBER
410 347-8789
edmorris@wtplaw.com

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
Fax 410 752-7092
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 11  P 2: 24

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS

DEC 11 2002

UNITED STATES DISTRICT COURT

December 10, 2002

**Via Hand-Delivery**
The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
U.S. Courthouse
101 W. Lombard Street; Room 530
Baltimore, MD 21201

> Re: *Constellation Energy Group, Inc., et al. v. Clark/Bardes, Inc., et al.*
> Civil Action No.: MJG 00CV 2255

Dear Judge Garbis:

I write this letter with the authorization of, and on behalf of, counsel for each of the parties in the above-referenced matter.

As set forth in a previous October 24, 2002 letter from counsel to Your Honor, while the parties reached a settlement during mediation before Magistrate Judge Gauvey, a significant issue arose concerning the settlement documents. As a result, in an effort to resolve the issue, counsel for the parties met with Judge Gauvey on November 13, 2002.

At that time, Judge Gauvey requested that the parties undertake research on a limited issue. The results of that research will be submitted to Judge Gauvey today, and the parties may request a further conference with the Court. In the meantime, the parties have been continuing in their diligent attempts to resolve their dispute.

Counsel for the parties are hopeful that this issue can be resolved promptly, without further need to approach Your Honor for additional time. Accordingly, the parties respectfully request that this Court approve their Joint Stipulation Extending the

The Honorable Marvin J. Garbis
Via Hand-Delivery
December 10, 2002
Page 2


Order of Dismissal for an additional thirty (30) days, which is enclosed herewith for the Court's convenience. A copy has already been filed with the Clerk's Office.

Sincerely,

Elise Davison Morris


cc:   Laurie R. Bortz, Esq.
      Richard M. Magid, Esq.
      Hamish P.M. Hume, Esq.
      Stanley B. Block, Esq.
      Shirlie Norris Lake, Esq.
      Clerk's Office